```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    20cv2702 (DLC)
SHOMIAL AHMAD,                          :
                                        :         ORDER
                    Plaintiff,          :
          -v-                           :
                                        :
PROFESSIONAL STAFF CONGRESS and         :
DEBORAH BELL,                           :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2020

DENISE COTE, District Judge:

On April 28, 2020, an in-person initial pretrial conference was noticed for September 4 at 10:00 a.m. Due to the ongoing pandemic, it is hereby

ORDERED that the September 4 conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749
        Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          July 24, 2020

                                              _____
                                                  DENISE COTE
                                        United States District Judge